DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RANDALL ROBERT PECHLER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0449

[May 14, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Hon. William L. Roby, Judge; L.T. Case No. 432011CF000310BXMX.

Randall Robert Pechler, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Maye v. State*, 368 So. 3d 531, 532 (Fla. 6th DCA 2023), *review granted*, No. SC2023-1184, 2024 WL 1796831 (Fla. Apr. 25, 2024).

CIKLIN, GERBER and CONNER, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***